AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

United States of America
v.
TERRANCE SANTEZ MALIK WATKINS

)
)
)
)
)

Case No. MJ 21-0036-MU
AGENCY: HSI
FID # 1 1 2 4 4 2 8 4
WARRANT # 2 1 0 3 - 0 3 0 3 - 0 6 5 2 -J

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    TERRANCE SANTEZ MALIK WATKINS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

Date: 3-2-21

*Issuing officer's signature*

City and state:    Mobile, Alabama

Hon. P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 3/2/2021, and the person was arrested on *(date)* 4/2/2021 at *(city and state)* Mobile, AL . | |

Date: 4/2/2021

*Arresting officer's signature*

Andrea Jenkins - Investigative Analyst
*Printed name and title*